John H. BOLDIN *v.* STATE of Arkansas

CR 07-1024                                                     266 S.W.3d 752

Supreme Court of Arkansas
Opinion delivered November 1, 2007

*Dana A. Reece*, for appellant.

No response.

PER CURIAM. Appellant John H. Boldin, by and through his attorney, has filed a motion for rule on clerk. His attorney, Dana A. Reece, states in the motion that the record was tendered late due to a mistake on her part.

---

[3] Because we reverse on Nabholz's first point, there is no need to address its remaining points on appeal.

Because Reece has admitted fault, this motion is granted pursuant to *McDonald v. State*, 356 Ark. 106, 146 S.W.3d 883 (2004). A copy of this opinion will be forwarded to the Committee on Professional Conduct.

DANIELSON, J., not participating.